E-FILED
Friday, 08 May, 2026  03:25:50 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

### Central District of Illinois

| | | |
|---|---|---|
| Laiken Donaldson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:26-cv-04098-SLD-RLH |
| Deere & Company dba John Deere Harvester Works | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Deere & Company                                                                                          .

Date:      05/08/2026

_____
*s/ Margo Wolf O'Donnell*
*Attorney's signature*

Margo Wolf O'Donnell (6225758)
*Printed name and bar number*
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker, Suite 1600
Chicago, IL 60606

*Address*

modonnell@beneschlaw.com
*E-mail address*

(312) 212-4949
*Telephone number*

(312) 767-9192
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Laiken Donaldson | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 4:24-cv-04098-SLD-RLH |
| Deere & Company dba John Deere Harvester Works | ) |
| *Defendant* | ) |

CERTIFICATE OF SERVICE

I certify that on  05/08/2026      , I electronically filed the foregoing with the Clerk of the

Court using the CMECF system which will send notification of such filing to the following:

 all counsel of record                                                                 ,

and I certify that I have mailed by the United States Postal Service the document to the following

non CMECF participants:

 N/A                                                                 .


s/ Margo Wolf O'Donnell
*Attorney's signature*

Margo Wolf O'Donnell (6225758)
*Printed name and bar number*

Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker, Suite 1600
Chicago, IL 60606

*Address*

modonnell@beneschlaw.com
*E-mail address*

(312) 212-4949
*Telephone number*

(312) 767-9192
*Fax number*